UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR C. CASTRO,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | 1:06-CV-00805-OWW-LJO-HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE ANSWER TO PETITION<br><br>(Doc. 9) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 27, 2006, respondent filed a motion for an extension of time until December 27, 2006, to file an answer to the petition for writ of habeas corpus, pursuant to the court's order of July 27, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent's motion for an extension of time to file an answer to the petition for writ of habeas corpus is granted until <u>December 27, 2006</u>.

IT IS SO ORDERED.

**Dated:   December 7, 2006**            /s/ Lawrence J. O'Neill
23ehd0                                         UNITED STATES MAGISTRATE JUDGE