# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR C. CASTRO,  </br>  Petitioner,  </br> v.  </br> JAMES A. YATES,  </br>  Respondent. | 1:06-CV-00805 LJO JMD HC  </br>  ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AS MOOT  </br>  [DOCUMENT #28] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 20, 2008, Petitioner filed a motion for certificate of appealability. The Court, however, already denied issuance of a certificate of appealability in its September 8, 2008 order adopting the Findings and Recommendation. (Court Doc. 22.) Petitioner's subsequent motion for a certificate of appealability is therefore DENIED as moot.

IT IS SO ORDERED.

**Dated:   October 28, 2008**            /s/ John M. Dixon
                              UNITED STATES MAGISTRATE JUDGE